UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GLOBAL ALLIANCE GROUP, LLC
                      Plaintiff,

    - against -

THOMAS LAM a/k/a LAN HOI KONG, d/b/a SUPERWAY
INTERNATIONAL, LTD., and John Does 1-4 being the
holders of certain AOL email accounts

                Defendants.
------------------------------------------------------------------X

**JUDGE KARAS**

**08 CV 0500**
Case No.:

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and in order to enable the judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GLOBAL ALLIANCE GROUP, LLC hereby certify that there are no corporate parents, affiliates and/or subsidiaries of said parties in which securities or other interests are publicly traded or held.

Dated:      New York, New York
               January 11, 2008

                                Respectfully submitted,

                       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                       By: _____
                       Adam R. Bialek
                       Attorneys for Plaintiffs
                       3 Gannett Drive
                       White Plains, N.Y. 10604
                       (914) 323-7000
                       File No. 10746.00001

[FILED 2008 JAN 18 PM 1:51 U.S. DISTRICT COURT S.D. OF N.Y.]

1858321.1