UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
GLOBAL ALLIANCE GROUP, LLC            :
                                       :   Civil Action No.: 08-cv-0500 (KMK)
                 Plaintiff,            :
                                       :
         v.                            :
                                       :
                                       :   **NOTICE OF DISMISSAL**
                                       :
THOMAS LAM a/k/a LAN HOI KONG, d/b/a   :
SUPERWAY INTERNATIONAL, LTD., and John :
Does 1-4 being the holders of certain AOL email :
accounts                               :
                                       :
                 Defendants.           :
-------------------------------------------------------------- x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses all defendants to the within action, without prejudice.

Dated: White Plains, New York
       July 2, 2008

                                    Yours, etc.,

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                            By:     _____
                                    Adam R. Bialek, Esq. (AB 6268)
                                    Attorney for Plaintiff Global Alliance Group, LLC
                                    3 Gannett Drive
                                    White Plains, New York 10604
                                    (914) 323-7000
                                    File No: 10746.00001

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]

SO ORDERED:

_____
U.S.D.J.

DATED: 7/7/08

2037773.1